BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare St.
Fresno, CA  93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:11-cr-00203  LJO |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| v. | |
| EMMANUEL MARTINEZ RUVALCABA, and RAFAEL ALFONSO TORRES, | |
| Defendants. | |

The Court set a status conference in this matter for August 5, 2011, 8:30 a.m. with the agreement of government attorney Enos covering for government attorney Mohammad.  On that date, however, government attorney Mohammad will be on an airplane back to Fresno, returning from training on the east coast.  The government has spoken to defense counsel in the matter and they stated that they are continuing to review discovery produced and being produced in this case.  As such, the parties have stipulated and request that the status conference in this matter be continued to August 12, 2011, 9:00 a.m., with time excluded because the ends of justice accomplished by allowing additional time for pretrial investigation and preparation outweigh the defendants' and public's interest in a speedy trial.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: July 27, 2011 | By: /s/ Yasin Mohammad |
| 3 | | YASIN MOHAMMAD<br>Assistant U.S. Attorney |

DATED: July 27, 2011                        By: /s/ Yasin Mohammad
                                                          YASIN MOHAMMAD
                                                          Assistant U.S. Attorney

DATED: July 27, 2011                        By: /s/ Precilliano Martinez
                                                          PRECILLIANO MARTINEZ
                                                          Attorney for Defendant Ruvalcaba

DATED: July 27, 2011                        By: /s/ Victor Chavez
                                                          VICTOR CHAVEZ
                                                          Attorney for Defendant Torres

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-cr-00203 LJO |
| Plaintiff, | **ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| EMMANUEL MARTINEZ RUVALCABA, and RAFAEL ALFONSO TORRES, | |
| Defendants. | |

The status conference in this matter is hereby continued to August 12, 2011 at 9:00 a.m. with time excluded because the ends of justice accomplished by allowing additional time for pretrial investigation and preparation outweigh the defendants' and public's interest in a speedy trial.


IT IS SO ORDERED.

    Dated:   **July 27, 2011**           **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES DISTRICT JUDGE